# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H CONTRACTORS, LLC., ) | Case No. 2:16-cv-00368 |
| ) | |
| Plaintiff, ) | Mag. Lisa Pupo Lenihan |
| ) | |
| v. ) | |
| ) | |
| E.J.H. CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER OF DISMISSAL

This matter having come before the Court upon the stipulation of the parties, as evidenced by the signatures of their respective counsel below; the parties having resolved this matter; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed, with prejudice, in its entirety;

**IT IS FURTHER ORDERED** that all future court dates be stricken;

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

This resolves all matters and closes the case.

_____     _____
DATE                                                                  HON. LISA PUPO LENIHAN

Stipulated as to form and content:

| | |
|---|---|
| */s/ Adam T. Schnatz* | */s/ James T. Tallman (w/ consent)* |
| **McALPINE PC** | **ELLIOTT & DAVIS, PC** |
| Mark L. McAlpine (P35583) | James T. Tallman (Pa Bar Id. 79257 |
| Adam T. Schnatz (P72049) | 425 First Avenue, First Floor |
| Arthur Dore (P83399) | Pittsburgh, PA 15219 |
| 3201 University Drive, Suite 200 | (412) 434-4911 ext. 17 |
| Auburn Hills, MI 48326 | Attorneys for Treepoint, LLC |
| (248) 373-3700 | d/b/a D Hospitality |
| Attorneys for EJH Construction, Inc. | |
| | |
| Dated: August 27, 2019 | Dated: August 27, 2019 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| H CONTRACTORS, LLC., | ) Case No. 2:16-cv-00368 |
| Plaintiff, | ) Mag. Lisa Pupo Lenihan |
| v. | ) |
| E.J.H. CONSTRUCTION, INC., | ) |
| Defendant. | ) |

**PROOF OF SERVICE**

I do hereby certify that a true and correct copy of the Stipulation and Order of Dismissal was served upon Counsel of record via CM/ECF filing.

Respectfully Submitted,

**MCALPINE PC**

Dated: August 27, 2019        /s/ Alicia McNally
                              Alicia McNally
                              3201 University Dr. STE 200
                              Auburn Hills, MI  48326
                              (248) 373-3700